IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BARON BECHTOLD,<br><br>            Plaintiff,<br><br>vs.<br><br>ESIS, INC,<br><br>            Defendant. | CV 24-152-M-KLD<br><br><br>ORDER |

Plaintiff has filed an unopposed motion to retroactively seal the Affidavit of Baron Bechtold Regarding Underlying Settlement (Doc. 33). Accordingly, and good cause appearing,

IT IS ORDERED that the Clerk of Court shall seal the Affidavit of Baron Bechtold Regarding Underlying Settlement (Doc 30).

DATED this 8th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge