IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BARON BECHTOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>ESIS, INC.,<br><br>    Defendant, | CV 24-152-M-KLD<br><br><br>ORDER |

Plaintiff Baron Bechtold has filed an unopposed motion to dismiss this matter with prejudice. (Doc. 37). Plaintiff further withdraws his pending motion for partial summary judgement. Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. All deadlines are accordingly VACATED and any pending motions are DENIED as moot. The jury trial scheduled for July 20, 2026 is VACATED.

DATED this 6th day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1